UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.: 17-31850-JNP
ACEVEDO, FIOR DE                                Chapter: 7
                                                Judge: Jerrold N. Poslusny, Jr.

---

### NOTICE OF PROPOSED ABANDONMENT

---

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on    January 2, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.   4C  . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 1636 49TH STREET, PENNSAUKEN NJ 08110-2932<br>(FMV $113,988.00) |

| | |
|---|---|
| Liens on property: | $104,403.00 - Bank of America<br>$8,538.00 - Alan H. Schorr & Associates - Judgment |

| | |
|---|---|
| Amount of equity claimed as exempt: | $1,047.00 |

Objections must be served on, and requests for additional information directed to:

Name:        Andrew Sklar, Chapter 7 Trustee

Address:        1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-31850-JNP
Fior D Inirio De Acevedo                                                  Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 1            Date Rcvd: Nov 29, 2017
                               Form ID: pdf905        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
db               Fior D Inirio De Acevedo,    1636 49th Street,    Pennsauken, NJ  08110-2932
517146694       +Alan H. Schorr & Ass.,    5 Split Rock Drive,    Cherry Hill, NJ 08003-1220
517146695       +AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
517146696       +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
517146697       +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517146701       +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517146705       +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 29 2017 22:08:01     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 29 2017 22:08:01     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517146693       +E-mail/Text: EBNProcessing@afni.com Nov 29 2017 22:08:03     Afni,    Attn: Bankruptcy,
                 Po Box 3097,   Bloomington, IL 61702-3097
517146699       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 29 2017 22:07:53     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517146700       +E-mail/Text: thomas@maddockscollects.com Nov 29 2017 22:08:01     Maddocks Col,
                 7373 University Ave,    La Mesa, CA 91942-0500
517146703       +E-mail/Text: bankruptcy@sw-credit.com Nov 29 2017 22:08:02     Southwest Credit Systems,
                 4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
517146704        E-mail/Text: bankruptcy@td.com Nov 29 2017 22:08:03     TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04243
                                                                                      TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517146698*      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517146702*      +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
                                                                          TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                          Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
            Andrew  Sklar   andy@sklarlaw.com,   NJ43@ecfcbis.com;dolores@sklarlaw.com
            Brad J. Sadek   on behalf of Debtor Fior D Inirio De Acevedo brad@sadeklaw.com
            Rebecca Ann Solarz   on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 4