**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Fior D Inirio De Acevedo<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8099<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    17–31850–JNP

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Fior D Inirio De Acevedo
aka Fior D Inirio

2/2/18    **By the court:** Jerrold N. Poslusny Jr.
                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:
Fior D Inirio De Acevedo
     Debtor

Case No. 17-31850-JNP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 02, 2018
                     Form ID: 318     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.

```
db              Fior D Inirio De Acevedo,   1636 49th Street,   Pennsauken, NJ 08110-2932
517146694      +Alan H. Schorr & Ass.,   5 Split Rock Drive,   Cherry Hill, NJ 08003-1220
517146696      +Bank Of America,   4909 Savarese Cir,   Tampa, FL 33634-2413
517146701      +Quality Asset Recovery,   Po Box 239,   Gibbsboro, NJ 08026-0239
517146705      +Visa Dept Store National Bank/Macy's,   Po Box 8218,   Mason, OH 45040-8218
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2018 23:28:53     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2018 23:28:48     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517297029       EDI: PHINAMERI.COM Feb 02 2018 23:03:00     Americredit Financial Services, Inc.,
                 Dba GM Financial,   P.O Box 183853,   Arlington, TX
517146693      +EDI: AFNIRECOVERY.COM Feb 02 2018 23:03:00      Afni,   Attn: Bankruptcy,   Po Box 3097,
                 Bloomington, IL 61702-3097
517146695      +EDI: PHINAMERI.COM Feb 02 2018 23:03:00     AmeriCredit/GM Financial,   Po Box 183853,
                 Arlington, TX 76096-3853
517146697      +EDI: CAPITALONE.COM Feb 02 2018 23:04:00     Capital One,   Attn: Bankruptcy,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
517146699      +EDI: CBSKOHLS.COM Feb 02 2018 23:04:00     Kohls/Capital One,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-5660
517146700      +E-mail/Text: thomas@maddockscollects.com Feb 02 2018 23:28:46     Maddocks Col,
                 7373 University Ave,   La Mesa, CA 91942-0500
517146703      +EDI: SWCR.COM Feb 02 2018 23:04:00     Southwest Credit Systems,
                 4120 International Parkway Ste 1100,   Carrollton, TX 75007-1958
517146704       EDI: TDBANKNORTH.COM Feb 02 2018 23:04:00     TD Bank, N.A.,   Attn: Bankruptcy,
                 32 Chestnut St,   Lewiston, ME 04243
                                                                                              TOTAL: 10
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517146698*     +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
517146702*     +Quality Asset Recovery,   Po Box 239,   Gibbsboro, NJ 08026-0239
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:

```
          Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
          Brad J. Sadek    on behalf of Debtor Fior D Inirio De Acevedo brad@sadeklaw.com,
           bradsadek@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```